IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KOT, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No: 5:09-cv-04613-JKG |
| NEW VITAE, INC., *et al.* | : |
| Defendants. | : |

## ANSWER TO AMENDED COMPLAINT

NOW COME Defendant New Vitae, Inc., by and through its undersigned counsel, and files the following Answer to Amended Complaint:

The "Background Statement" fails to comply with Fed. R. Civ. P. 10(b), which requires that "a party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances." Notwithstanding the foregoing, the averments contained in the "Background Statement" state conclusions of law to which no response is required. To the extent a response is deemed to be required, said averments are denied.

1. The averments contained in Paragraph 1 of the Amended Complaint are admitted in part and denied in part. It is admitted that Plaintiff provided contract services for the Defendant New Vitae, Inc. After reasonable investigation, Defendant New Vitae, Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 1 of the Amended Complaint and, therefore, said averments are denied.

2. Admitted.

3. After reasonable investigation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 3 of the Amended Complaint and, therefore, said averments are denied.

4. The averments contained in Paragraph 4 of the Amended Complaint are admitted in part and denied in part. It is admitted that Defendants Adam and Donna Devlin are adult individuals who reside at 1096 Apple Road, Quakertown, Pennsylvania 18951. The remaining averments in Paragraph 4 of the Amended Complaint are denied.

5. After reasonable investigation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 5 of the Amended Complaint and, therefore, said averments are denied.

6. Denied.

7. Denied.

8. Denied.

9. The averments contained in paragraph 9 of the Amended Complaint state conclusions of law to which no response is required. To the extent a response is deemed to be required, said averments are denied.

10. Denied as stated. Defendant New Vitae, Inc. is accredited by the Joint Commission on Health Care Organizations. The remaining averments in Paragraph 10 of the Amended Complaint are denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. The averments contained in Paragraph 15 of the Amended Complaint are admitted in part and denied in part. It is admitted that Defendant New Vitae, Inc. is not a residential psychiatric treatment facility. It is further admitted that Defendant New Vitae provides Defendant CBH with SIRs per contractual requirements. The remaining averments in Paragraph 15 of the Amended Complaint are denied.

16. Denied.

17. The averments contained in Paragraph 17 of the Amended Complaint are admitted in part and denied in part. It is admitted that Defendant New Vitae, Inc. has a contract with Defendant CBH. Defendant New Vitae, Inc. is without knowledge or information sufficient to form a belief as to the truth of the averments regarding CBH contained in Paragraph 17 of the Amended Complaint and, therefore, said averments are denied. The remaining averments in Paragraph 17 of the Amended Complaint are denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. The averments contained in Paragraph 22 of the Amended Complaint are admitted in part and denied in part. It is admitted that Defendant New Vitae, Inc. has conducted comprehensive cultural diversity training for all staff. Defendant New Vitae, Inc. further admits that a note from Mr. Arbogast to Plaintiff speaks for itself. The remaining averments in Paragraph 22 of the Amended Complaint are denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Defendant New Vitae, Inc. is without knowledge or information sufficient to form a belief as to the truth of the averments regarding CBH contained in Paragraph 41 of the Amended Complaint and, therefore, said averments are denied. The remaining averments in Paragraph 41 of the Amended Complaint are denied.

42. Denied.

43. Defendant New Vitae, Inc. is without knowledge or information sufficient to form a belief as to the truth of the averments regarding CBH contained in Paragraph 43 of the

Amended Complaint and, therefore, said averments are denied. The remaining averments in Paragraph 43 of the Amended Complaint are denied.

44. Defendant New Vitae, Inc. is without knowledge or information sufficient to form a belief as to the truth of the averments regarding CBH contained in Paragraph 44 of the Amended Complaint and, therefore, said averments are denied. The remaining averments in Paragraph 44 of the Amended Complaint are denied.

45. Defendant New Vitae, Inc. is without knowledge or information sufficient to form a belief as to the truth of the averments regarding CBH contained in Paragraph 45 of the Amended Complaint and, therefore, said averments are denied. The remaining averments in Paragraph 45 of the Amended Complaint are denied.

46. Defendant New Vitae, Inc. is without knowledge or information sufficient to form a belief as to the truth of the averments regarding CBH contained in Paragraph 46 of the Amended Complaint and, therefore, said averments are denied. The remaining averments in Paragraph 46 of the Amended Complaint are denied.

47. Defendant New Vitae, Inc. is without knowledge or information sufficient to form a belief as to the truth of the averments regarding CBH contained in Paragraph 47 of the Amended Complaint and, therefore, said averments are denied. The remaining averments in Paragraph 47 of the Amended Complaint are denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53.    Denied.

54.    Defendant New Vitae, Inc. is without knowledge or information sufficient to form a belief as to the truth of the averments regarding CBH contained in Paragraph 54 of the Amended Complaint and, therefore, said averments are denied.

55.    Denied.

56.    Defendant New Vitae, Inc. is without knowledge or information sufficient to form a belief as to the truth of the averments regarding CBH contained in Paragraph 56 of the Amended Complaint and, therefore, said averments are denied.

57.    Denied.

58.    Denied.

59.    Denied.

60.    Defendant New Vitae, Inc. is without knowledge or information sufficient to form a belief as to the truth of the averments regarding Plaintiff gathering facts and information contained in Paragraph 60 of the Amended Complaint and, therefore, said averments are denied. The remaining averments in Paragraph 60 of the Amended Complaint are denied.

61.    Denied.

62.    Denied.

63.    Denied.

64.    Denied.

65.    The averments contained in Paragraph 65 of the Amended Complaint are admitted in part and denied in part. It is admitted that Mr. Hoke escorted Plaintiff off of the property and did not want to speak with Plaintiff. The remaining averments in Paragraph 65 of the Amended Complaint are denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff would have been subject to the same adverse employment action even if he had not engaged in "protected conduct" under the False Claims Act.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part, to the extent Plaintiff has failed to exhaust all procedural requirements or other prerequisites to commence this action.

### THIRD AFFIRMATIVE DEFENSE

Defendant acted in good faith at all relevant times and has not violated any rights that may be secured to Plaintiff under any federal law or regulation.

### FOURTH AFFIRMATIVE DEFENSE

At all times relevant, Defendant was not aware that Plaintiff engaged in any protected activities within the meaning of the False Claims Act.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's alleged belief Defendant violated a law or regulation was unreasonably based.

### SIXTH AFFIRMATIVE DEFENSE

Defendant reserves its rights to amend or add additional affirmative defenses that may become known.

WHEREFORE, Defendant respectfully requests that Plaintiff's Amended Complaint be dismissed, in its entirety, with prejudice.

Respectfully submitted,

JACKSON LEWIS LLP

By: ___s/ Alexander Nemiroff___
Alexander Nemiroff (PA 92250)
JACKSON LEWIS LLP
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
(267) 319-7802

Dated: October 23, 2012

ATTORNEYS FOR
NEW VITAE, INC., ADAM DEVLIN,
DONNA DEVLIN, AND TCR

4822-7008-5905, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Defendants' Answer to Amended Complaint to be served upon the following counsel of record, via ECF Filing, this 23rd day of October, 2012:

Jessie M. Nibley, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

**JACKSON LEWIS LLP**

*s/ Alexander Nemiroff*
Alexander Nemiroff, #92250
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102-1317

*ATTORNEY FOR DEFENDANTS*