

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
DEC 0 4 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JAMES KOT,

V.

NEW VITAE, INC., et al

Civil Action No. 09-4613

## ORDER

AND NOW, TO WIT: This 4th day of DECEMBER, 2014, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs. The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes only.

MICHAEL E. KUNZ, Clerk of Court

By: /ss/ Carlene L. Jones
Carlene L. Jones,
Deputy Clerk
Judge Henry S. Perkin

Civ 2 (7/95)
41.1(b)